IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1544-GMS |
| | ) |
| PURE STORAGE, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT PURE STORAGE, INC.'S NOTICE OF SUBSEQUENT AUTHORITY PURSUANT TO LOCAL RULE 7.1.2(b)**

Pursuant to Local Rule 7.1.2(b), defendant Pure Storage, Inc. ("Pure") respectfully notifies the Court that on July 23, 2018, the Patent Trial and Appeal Board instituted an *inter partes* review ("IPR") of claims 1, 21-25, and 45-48 of U.S. Patent No. 9,667,751 (the "'751 patent"). Exhibit A. The institution decision is relevant to Pure's Motion to Stay Pending *Inter Partes* Review (D.I. 17) because the IPR will address the patentability of claim 25—the only claim of the '751 patent specifically identified by Realtime Data in its First Amended Complaint.

| | |
|---|---|
| | */s/ David M. Fry* |
| | John W. Shaw (No. 3362) |
| | David M. Fry (No. 5486) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| OF COUNSEL: | Wilmington, DE 19801 |
| Matthew M. Werdegar | (302) 298-0700 |
| R. Adam Lauridsen | jshaw@shawkeller.com |
| Corey Johanningmeier | dfry@shawkeller.com |
| KEKER, VAN NEST & PETERS LLP | *Attorneys for Defendant* |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | |
| (415) 391-5400 | |

Dated: July 25, 2018