### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC,<br><br>                 Plaintiff,<br>    v.<br>PURE STORAGE, INC.,<br><br>                 Defendant. | C.A. No. 1:17-CV-01544-CFC |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Realtime Adaptive Streaming LLC ("Plaintiff") and Defendant Pure Storage, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief (if any) against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief (if any) against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

October 3, 2018

| | |
|---|---|
| BAYARD, P.A.<br><br>  /s/ Stephen B. Brauerman<br>Stephen B. Brauerman (No. 4952)<br>Sara E. Bussiere (No. 5725)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com | SHAW KELLER LLP<br><br>/s/ John W. Shaw<br>John W. Shaw (No. 3362)<br>David M. Fry (No. 5486)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>dfry@shawkeller.com |

| | |
|---|---|
| OF COUNSEL:<br><br>Marc A. Fenster<br>Brian D. Ledahl<br>Reza Mirzaie<br>C. Jay Chung<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>(310) 826-7474<br>Los Angeles, CA 90025-1031<br>mfenster@raklaw.com<br>bledahl@raklaw.com<br>rmirzaie@raklaw.com<br>jchung@raklaw.com<br><br>Attorneys for Plaintiff Realtime Data LLC | OF COUNSEL:<br><br>Matthew M. Werdegar<br>R. Adam Lauridsen<br>Corey Johanningmeier<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>(415) 391-5400<br>mwerdegar@keker.com<br>alauridsen@keker.com<br>cjohanningeier@keker.com<br><br>Attorneys for Defendant Pure Storage, Inc. |